**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                          **Case No. 4:15-cr-00003 KGB**

**JESSE ROBERT BAGGETT**                                                                   **DEFENDANT**

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States motion for final order of forfeiture (Dkt. No. 19). On January 30, 2015, this Court entered a Preliminary Order of Forfeiture (Dkt. No. 15), ordering defendant Jesse Robert Baggett to forfeit his interest in a Jimenez, model JA380, .380 caliber pistol, serial number 308856 ("property subject to forfeiture").

The United States published notice of this forfeiture and the United States' intent to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture (Dkt. No. 18). The United States posted its notice on the forfeiture website, internet address of www.forfeiture.gov for 30 consecutive days beginning on February 3, 2015, and ending on March 4, 2015. Further, the United States also made reasonable efforts to identify and give direct notice of this forfeiture to all persons who reasonably appear to have standing to contest this forfeiture in an ancillary proceeding, but no such person was identified. No one has filed a claim to the property subject to forfeiture, and the time for filing claims has expired.

The United States petitions the Court to enter a Final Order of Forfeiture, which will vest all right, title, and interest in the United States. The United States also asks that the Court authorize the United States Marshal or his designee to dispose of the property according to law.

The Preliminary Order of Forfeiture provided that it would become final as to Mr. Baggett at the time of sentencing and would become a Final Order of Forfeiture if no third party filed a timely claim to the forfeited property.  The Court has sentenced Mr. Baggett, and no one has filed a claim to the forfeited property.  The Preliminary Order of Forfeiture, therefore, ripens into a Final Order of Forfeiture.  The United States now has all right, title, and interest in the forfeited property.  Any prior claims in and against the forfeited property are extinguished and declared void.  The property shall be turned over to the United States Marshals Service and disposed of according to law.  This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED this 27th day of May, 2015.

_____
Kristine G. Baker
United States District Judge